## VICTOR CIVIE ET AL. *v.* OAK LANE COUNTRY CLUB, INC.
### (AC 20094)

Mihalakos, Pellegrino and Spallone, Js.

Argued December 15, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* KUBA ASSEGAI
### (AC 19105)

Mihalakos, Pellegrino and Spallone, Js.

Argued December 15, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* THOMAS CENTENO
### (AC 20184)

Foti, Mihalakos and O'Connell, Js.

Submitted on briefs December 14, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.